**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:20-CV-101 |
| | § | |
| 207.9395 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN WEBB COUNTY, | § | |
| STATE OF TEXAS; AND CITY OF | § | |
| LAREDO | § | |
| | § | |
| *Defendants.* | § | |

---

## COMPLAINT IN CONDEMNATION

---

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S.

Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the

taking of property under the power of eminent domain through a Declaration of Taking, and for

the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ E. Paxton Warner*

E. Paxton Warner
Assistant United States Attorney
Southern District of Texas No. 555957
Texas Bar No. 24003139
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Paxton.Warner@usdoj.gov

# SCHEDULE

# A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Webb County, Texas

Tracts: Roads
LRT-LRN-R1005E
LRT-LRN-R1005E-1 thru R1005E-4
LRT-LRN-R1005E-6 thru R1005E-16
LRT-LRS-R1004E
LRT-LRS-R1116E
LRT-LRS-R1002E thru R1002E-2
LRT-LRS-R1118E thru R1119E
LRT-LRS-R1122E thru R1123E
LRT-LRS-R1002E-4 thru R1002E-5
LRT-LRS-R1124E thru R1124E-1
LRT-LRS-R1125E thru R1126E
LRT-LRS-R1002E-6 thru R1002E-8
LRT-LRS-R1129E thru R1130E
LRT-LRS-R1139E thru R1140E
LRT-LRS-R1076E
LRT-LRS-R1127E thru R1127E-1

Wall
LRT-LRN-1005-36 thru 1005-37
LRT-LRN-1005-39 thru 1005-40
LRT-LRS-1004 thru 1004-5

Owner:  City of Laredo
Acres:  207.9395

Tract LRT-LRN-R1005E, Parcel ID 293415

50.3569 acres, more or less, Being Laredo Northwest International Bridge, Block 1, Lot 1, Save & Except 77.727 acres; also being Tax Parcel No. 293415, Webb County Appraisal District, Texas.

Tract LRT-LRN-R1005E-1, Parcel ID 206052

8.3151 acres, more or less, being Abstract 49, Porcion 21, Leonardo Garcia; also being Tax Parcel No. 206052, Webb County Appraisal District, Texas.

**<u>SCHEDULE C (Cont.)</u>**

Tract LRT-LRN-R1005E-2, Parcel ID 580693

    13.799 acres, more or less, being out of Lot 1, Block 1, U.I.S.D. Deerfield
Subdivision; also being Tax Parcel No. 580693, Webb County Appraisal District,
Texas.

Tract LRT-LRN-R1005E-3, Parcel ID 458817

    20.521 acres, more or less, being Villas San Agustin, Block 4, Lot 1, Unit 3; also
being Tax Parcel No. 458817, Webb County Appraisal District, Texas.

Tract LRT-LRN-R1005E-4, Parcel ID 235045

    14.9678 acres, more or less, being Lot 1, Block 10, Rancho Viejo Subdivision,
Unit 6; also being Tax Parcel No. 235045, Webb County Appraisal District,
Texas.

Tract LRT-LRN-R1005E-6, Parcel ID 360718

    10.59 acres, more or less, being in Abstract 277, Porcion 22, Dona Maria Jesus
Sanchez, original grantee; also being Tax Parcel No. 360718, Webb County
Appraisal District, Texas.

Tract LRT-LRN-R1005E-7, Parcel ID 473600

    1.90 acres, more or less, being in Abstract 268, Porcion 24, Toribio Rodriguez,
original grantee, also being Tax Parcel No. 473600, Webb County Appraisal
District, Texas.

Tract LRT-LRN-R1005E-8, Parcel ID A

    0.70 acres, more or less, situated in the City of Laredo, Webb County, Texas,
more particularly described as:

Bounded to the north by Tax Parcel Nos. 580862 & 206567;
Bounded to the east by Industrial Blvd;
Bounded to the south by Tax Parcel Nos. 206636 & 206728;
Bounded to the west by Tax Parcel No. 473600.

**SCHEDULE C (Cont.)**

Tract LRT-LRN-R1005E-9, Parcel ID B

    17.90 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel No. 206911;
    Bounded to the east by island street and Tax Parcel No. 206911;
    Bounded to the south by Tax Parcel Nos. 256444 & 206872;
    Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRN-R1005E-10, Parcel ID 162644

    1.5941 acres, more or less, being all of Block 414, WD Laredo Waterworks System; also being Tax Parcel No. 162644, Webb County Appraisal District, Texas.

Tract LRT-LRN-R1005E-11, Parcel ID C

    0.37 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by the south half of the southwest quarter of the southwest quarter of Tax Parcel No. 162656 and the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 162655;
    Bounded to the east by Tax Parcel No. 162654;
    Bounded to the south by the north half of the northeast quarter of the northeast quarter of 162645 and the north half of the northwest quarter of the northwest quarter of 162643;
    Bounded to the west by Tax Parcel No. 162644.

Tract LRT-LRN-R1005E-12, Parcel ID 162654

    1.5941 acres, more or less, being all of Block 424, Western Division; also being Tax Parcel No. 162654, Webb County Appraisal District, Texas.

Tract LRT-LRN-R1005E-13, Parcel ID D

    0.37 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

**SCHEDULE C (Cont.)**

Bounded to the north by the south half of the southwest quarter of the southwest quarter of Tax Parcel No. 162657 and the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 162657;
Bounded to the east by Tax Parcel No. 162653;
Bounded to the south by the north half of the northease quarter of the northeast quarter of Tax Parcel No. 162643 and the north half of the north west quarter of the northeast quarter of Tax Parcel No. 162654;
Bounded to the west by Tax Parcel No. 162654.

Tract LRT-LRN-R1005E-14, Parcel ID 162653

1.5944 acres, more or less, being all of Block 423, Western Division; also being Tax Parcel No. 162653, Webb County Appraisal District, Texas.

Tract LRT-LRN-R1005E-15, Parcel ID E

0.37 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by the south half of the southwest quarter of the southwest quarter of anna avenue and the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 162657;
Bounded to the east by Anna Avenue;
Bounded to the south by Jefferson Street;
Bounded to the west by Tax Parcel No. 162653.

Tract LRT-LRN-R1005E-16, Parcel ID F

0.66 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by Tax Parcel Nos. 162665, 162664, & 162672;
Bounded to the east by Camp Avenue;
Bounded to the south by Tax Parcel Nos. 162699, 62692, & 162693;
Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRS-R1004E, Parcel ID 164248

1.24 acres, more or less, being all of Block 649, Western Division; also being Tax Parcel No. 164248, Webb County Appraisal District, Texas.

## SCHEDULE C (Cont.)

Tract LRT-LRS-R1116E, Parcel ID G

    0.43 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel Nos. 256910, 256911, & 293609;
Bounded to the east by Ventura Street;
Bounded to the south by Tax Parcel Nos. 164238, 256912, & 164248;
Bounded to the west by the south half of the southwest quarter of the southwest quarter of Tax Parcel No. 164249 and the north half of the northwest quarter of the northwest quarter of Tax Parcel No. 164248.

Tract LRT-LRS-R1002E, Parcel ID V

    0.10 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bound to the north by the north half of the northwest Quarter of the northeast quarter of Tax Parcel No. 162303;
Bound to the east by Tax Parcel NO. 164539;
Bound to the south by the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 162304;
Bound to the west by Tax Parcel Nos. 162303 & 162304.

Tract LRT-LRS-R1002E-1, Parcel ID 164539

    0.4252 acres, more or less, being all of Block 723, Western Division, Zacate Creek; also being Tax Parcel No. 164539, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1002E-2, Parcel ID 162545

    0.2123 acres, more or less, being all of Block 398, Western Division, Zacate Creek, Less and Except north 1/2 of Lots 1-2; also being Tax Parcel No. 162545, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1118E, Parcel ID H

    0.15 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

**<u>SCHEDULE C (Cont.)</u>**

Bounded to the north by Zacate creek;
Bounded to the east by Zacate creek;
Bounded to the south by Tax Parcel No. 164539;
Bounded to the west by Tax Parcel Nos. 162303 & 162304.

Tract LRT-LRS-R1119E, Parcel ID I

0.78 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by Market Street;
Bounded to the east by Tax Parcel Nos. 350305, 350304, & 350303;
Bounded to the south by Tax Parcel No. 291093;
Bounded to the west by Tax Parcel Nos. 350341, 167720, & 167509.

Tract LRT-LRS-R1122E, Parcel ID 291093

7.9068 acres, more or less, being out of portions of Blocks 11, 12, 13, 14, 15, 16 & 47, Eastern Division, "Wastewater Treatment Plant Tract"; also being Tax Parcel No. 291093, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1123E, Parcel ID J

0.22 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by Tax Parcel No. 173191 and South Stone Avenue;
Bounded to the east by Tax Parcel No. 182629;
Bounded to the south by Tax Parcel Nos. 182628 & 173193;
Bounded to the west by Tax Parcel No. 173192.

Tract LRT-LRS-R1002E-4, Parcel ID 173193

0.2123 acres, more or less, being eastern 2/3 of Block 710, Eastern Division, also being Tax Parcel No. 173193, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1002E-5, Parcel ID 303502

.2412 acres, more or less, being out of the western 1/3 of Block 710, Eastern Division, also being Tax Parcel No. 303502, Webb County Appraisal District, Texas.

## SCHEDULE C (Cont.)

Tract LRT-LRS-R1124E, Parcel ID K

0.35 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by Tax Parcel Nos. 182508 & 182508;
Bounded to the east by the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 182517;
Bounded to the south by Tax Parcel Nos. 182540 & 182544;
Bounded to the west by the north half of the northwest quarter of the northwest quarter of Tax Parcel No. 184544.

Tract LRT-LRS-R1124E-1, Parcel ID L

0.24 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Bounded to the north by Tax Parcel No. 182540;
Bounded to the east by the south half of the southeast quarter of the southeast quarter of Tax Parcel No. 182540;
Bounded to the south by Tax Parcel No. 182546;
Bounded to the west by the south half of the southwest quarter of the southwest quarter of Tax Parcel No. 182540.

Tract LRT-LRS-R1125E, Parcel ID M

1.72 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

Extension of Santa Barbara Street;
Bounded to the north by Tax Parcel Nos. 182364, 175167, 175166, 175296, & 175973;
Bounded to the east by South Meadow Avenue;
Bounded to the south by Tax Parcel Nos. 168813, 168811, 168810, 168433, & 168432;
Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRS-R1126E, Parcel ID N

1.73 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

## <u>SCHEDULE C (Cont.)</u>

Bounded to the north by Tax Parcel Nos. 171192, 171193, & 305867;
Bounded to the east by San Manlinche Ave;
Bounded to the south by Tax Parcel Nos. 175295, 168402, & 168403;
Bounded to the west by Tax Parcel No. 168410.

Tract LRT-LRS-R1002E-6, Parcel ID 168410

1.7712 acres, more or less, being all of Block 142, Eastern Division; also being
Tax Parcel No. 168410, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1002E-7, Parcel ID 207754

4.0725 acres, more or less, being Abstract 546, Porcion 35, J A Diaz; also being
Tax Parcel No. 207754, Webb County Appraisal District, Texas.

Tract LRT-LRS-R1129E, Parcel ID O

1.00 acres, more or less, situated in the City of Laredo, Webb County, Texas,
more particularly described as:

Bounded to the north by Tax Parcel Nos. 213819, 213820, 213821, 213822, &
207796;
Bounded to the east by Masterson Street;
Bounded to the south by Tax Parcel Nos. 213810 & 213803;
Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRS-R1130E, Parcel ID P

0.88 acres, more or less, situated in the City of Laredo, Webb County, Texas,
more particularly described as:

Bounded to the north by Tax Parcel No. 213807 & 213809;
Bounded to the east by River Front Street;
Bounded to the south by Tax Parcel No. 490262;
Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRS-R1002E-8, Parcel ID 207981

30.0 acres, more or less, being Abstract 472, Porcion 38, T Sanchez; also being
Tax Parcel No. 207981, Webb County Appraisal District, Texas.

## SCHEDULE C (Cont.)

Tract LRT-LRS-R1139E, Parcel ID Q

    0.64 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel No. 224235;
    Bounded to the east by Centeno Lane;
    Bounded to the south by Tax Parcel Nos. 224226 & 224234;
    Bounded to the west by the gradient boundary of the Rio Grande River.

Tract LRT-LRS-R1140E, Parcel ID R

    0.10 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel Nos. 232953 & 232933;
    Bounded to the east by Hernandez Street;
    Bounded to the south by Tax Parcel Nos. 232362 & 232361;
    Bounded to the west by Tax Parcel No. 208200.

Tract LRT-LRS-R1076E, Parcel ID S

    0.49 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel No. 205393;
    Bounded to the east by Mines Road;
    Bounded to the south by Tax Parcel No. 545373;
    Bounded to the west by Tax Parcel No. 205411.

Tract LRT-LRS-R1127E, Parcel ID T

    0.34 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

    Bounded to the north by Tax Parcel No. 175177 and the northern half of the northeast quarter of the northeast quarter of Tax Parcel No. 175208;
    Bounded to the east by Highway 83;
    Bounded to the south by the north half of the northwest quarter of the northwest quarter of Tax Parcel No. 175178;
    Bounded to the west by the north half of the northwest quarter of the northwest quarter of Tax Parcel Nos. 175207 & 175208.

**SCHEDULE C (Cont.)**

Tract LRT-LRS-R1127E-1, Parcel ID U

 0.45 acres, more or less, situated in the City of Laredo, Webb County, Texas, more particularly described as:

 Bound to the north by the northern half of the northwest of the northwest quarter of Tax Parcel No. 175213;
 Bound to the east by Tax Parcel No. 175213;
 Bound to the south by the southern half of the southwest quarter of the southwest quarter of Tax Parcel No. 175213;
 Bound to the west by Tax Parcel No. 175224.

Tract LRT-LRN-1005-36, Parcel ID 166368

 0.1031 acres, more or less, being Tract 1 out of Lot 7, and Tract 2 out of Lot 5, Block 960, Western Division; also being Tax Parcel No. 166368, Webb County Appraisal District, Texas.

Tract LRT-LRN-1005-37, Parcel ID 163443

 0.1976 acres, more or less, being Lots 9 to 12, Block 517, Western Divison; also being Tax Parcel No. 163443, Webb County Appraisal District, Texas.

Tract LRT-LRN-1005-39, Parcel ID 163439

 0.6272 acres, more or less, being all of Block 516, Western Division; also being Tax Parcel No. 163439, Webb County Appraisal District, Texas.

Tract LRT-LRN-1005-40, Parcel ID 162729

 0.3455 acres, more or less, being Lots 7 TO 12, Block 437, Western Division; also being Tax Parcel No. 162729, Webb County Appraisal District, Texas.

Tract LRT-LRS-1004, Parcel ID 164239

 1.2398 acres, more or less, being all on Block 641, Western Division; also being Tax Parcel No. 164239, Webb County Appraisal District, Texas.

## **SCHEDULE C (Cont.)**

Tract LRT-LRS-1004-1, Parcel ID 256913

    0.2481 acres, more or less, being Tract 4 (at Lee Ave. between Piedregal Street & Soledad Street); also being Tax Parcel No. 256913, Webb County Appraisal District, Texas.

Tract LRT-LRS-1004-2, Parcel ID 164189

    1.2398 acres, more or less, being all of Block 633, Western Division; also being Tax Parcel No. 164189, Webb County Appraisal District, Texas.

Tract LRT-LRS-1004-3, Parcel ID 164180

    1.2395 acres, more or less, being all of Block 626, Western Division; also being Tax Parcel No. 164180, Webb County Appraisal District, Texas.

Tract LRT-LRS-1004-4, Parcel ID 164249

    0.155 acres, more or less, being Lot 1, Block 650, Western Division; also being Tax Parcel No. 164249, Webb County Appraisal District, Texas.

Tract LRT-LRS-1004-5, Parcel ID 164248

    1.24 acres, more or less, being all on Block 649, Western Division; also being Tax Parcel No. 164248, Webb County Appraisal District, Texas.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT
### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)

Tracts:  Roads
        LRT-LRN-R1005E
        LRT-LRN-R1005E-1 thru R1005E-4
        LRT-LRN-R1005E-6 thru R1005E-16
        LRT-LRS-R1004E
        LRT-LRS-R1116E
        LRT-LRS-R1002E thru R1002E-2
        LRT-LRS-R1118E thru R1119E
        LRT-LRS-R1122E thru R1123E
        LRT-LRS-R1002E-4 thru R1002E-5
        LRT-LRS-R1124E thru R1124E-1
        LRT-LRS-R1125E thru R1126E
        LRT-LRS-R1002E-6 thru R1002E-8
        LRT-LRS-R1129E thru R1130E
        LRT-LRS-R1139E thru R1140E
        LRT-LRS-R1076E
        LRT-LRS-R1127E thru R1127E-1

        Wall
        LRT-LRN-1005-36 thru 1005-37
        LRT-LRN-1005-39 thru 1005-40
        LRT-LRS-1004 thru 1004-5

Owner:  City of Laredo
Acres:  207.9395

\* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed road or wall tract shown in yellow on the maps above.

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Webb County, Texas

Tracts:  Roads
        LRT-LRN-R1005E
        LRT-LRN-R1005E-1 thru R1005E-4
        LRT-LRN-R1005E-6 thru R1005E-16
        LRT-LRS-R1004E
        LRT-LRS-R1116E
        LRT-LRS-R1002E thru R1002E-2
        LRT-LRS-R1118E thru R1119E
        LRT-LRS-R1122E thru R1123E
        LRT-LRS-R1002E-4 thru R1002E-5
        LRT-LRS-R1124E thru R1124E-1
        LRT-LRS-R1125E thru R1126E
        LRT-LRS-R1002E-6 thru R1002E-8
        LRT-LRS-R1129E thru R1130E
        LRT-LRS-R1139E thru R1140E
        LRT-LRS-R1076E
        LRT-LRS-R1127E thru R1127E-1

        Wall
        LRT-LRN-1005-36 thru 1005-37
        LRT-LRN-1005-39 thru 1005-40
        LRT-LRS-1004 thru 1004-5

Owner:  City of Laredo
Acres:  207.9395

      The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired;

## **SCHEDULE E (Cont.)**

subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **City of Laredo**<br>1110 Houston Street<br>Laredo, TX 78040 | Tax Cards, Webb County CAD:<br><br>Tract LRT-LRN-R1005E, Parcel ID 293415<br><br>Tract LRT-LRN-R1005E-1, Parcel ID 206052<br><br>Tract LRT-LRN-R1005E-2, Parcel ID 580693<br><br>Tract LRT-LRN-R1005E-3, Parcel ID 458817<br><br>Tract LRT-LRN-R1005E-4, Parcel ID 235045<br><br>Tract LRT-LRN-R1005E-6, Parcel ID 360718<br><br>Tract LRT-LRN-R1005E-7, Parcel ID 473600<br><br>Tract LRT-LRN-R1005E-8, Parcel ID A<br><br>Tract LRT-LRN-R1005E-9, Parcel ID B<br><br>Tract LRT-LRN-R1005E-10, Parcel ID 162644<br><br>Tract LRT-LRN-R1005E-11, Parcel ID C<br><br>Tract LRT-LRN-R1005E-12, Parcel ID 162654 |

| | |
|---|---|
| | Tract LRT-LRN-R1005E-13, Parcel ID D |
| | Tract LRT-LRN-R1005E-14, Parcel ID 162653 |
| | Tract LRT-LRN-R1005E-15, Parcel ID E |
| | Tract LRT-LRN-R1005E-16, Parcel ID F |
| | Tract LRT-LRS-R1004E, Parcel ID 162653 |
| | Tract LRT-LRS-R1116E, Parcel ID G |
| | Tract LRT-LRS-R1002E, Parcel ID V |
| | Tract LRT-LRS-R1002E-1, Parcel ID 164539 |
| | Tract LRT-LRS-R1002E-2, Parcel ID 162545 |
| | Tract LRT-LRS-R1118E, Parcel ID H |
| | Tract LRT-LRS-R1119E, Parcel ID I |
| | Tract LRT-LRS-R1122E, Parcel ID 291093 |
| | Tract LRT-LRS-R1123E, Parcel ID J |
| | Tract LRT-LRS-R1002E-4, Parcel ID 173193 |
| | Tract LRT-LRS-R1002E-5, Parcel ID 303502 |
| | Tract LRT-LRS-R1124E, Parcel ID K |
| | Tract LRT-LRS-R1124E-1, Parcel ID L |
| | Tract LRT-LRS-R1125E, Parcel ID M |
| | Tract LRT-LRS-R1126E, Parcel ID N |

|  | Tract LRT-LRS-R1002E-6, Parcel ID 168410 |
|--|------------------------------------------|
|  | Tract LRT-LRS-R1002E-7, Parcel ID 207754 |
|  | Tract LRT-LRS-R1129E, Parcel ID O |
|  | Tract LRT-LRS-R1130E, Parcel ID P |
|  | Tract LRT-LRS-R1002E-8, Parcel ID 207981 |
|  | Tract LRT-LRS-R1139E, Parcel ID Q |
|  | Tract LRT-LRS-R1140E, Parcel ID R |
|  | Tract LRT-LRS-R1076E, Parcel ID S |
|  | Tract LRT-LRS-R1127E, Parcel ID T |
|  | Tract LRT-LRS-R1127E-1, Parcel ID U |
|  | Tract LRT-LRN-1005-36, Parcel ID 166368 |
|  | Tract LRT-LRN-1005-37, Parcel ID 163443 |
|  | Tract LRT-LRN-1005-39, Parcel ID 163439 |
|  | Tract LRT-LRN-1005-40, Parcel ID 162729 |
|  | Tract LRT-LRS-1004, Parcel ID 164239 |
|  | Tract LRT-LRS-1004-1, Parcel ID 256913 |
|  | Tract LRT-LRS-1004-2, Parcel ID 164189 |
|  | Tract LRT-LRS-1004-3, Parcel ID 164180 |

| | Tract LRT-LRS-1004-4, Parcel ID 164249 |
| | Tract LRT-LRS-1004-5, Parcel ID 164248 |

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

## DEFENDANTS

**(b)**  County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1  U.S. Government
Plaintiff

❑ 3  Federal Question
*(U.S. Government Not a Party)*

❑ 2  U.S. Government
Defendant

❑ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - Product Liability | ❑ 690 Other | ❑ 423 Withdrawal 28 USC 157 | ❑ 376 Qui Tam (31 USC 3729(a)) |
| ❑ 130 Miller Act | ❑ 315 Airplane Product Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 140 Negotiable Instrument | ❑ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| ❑ 150 Recovery of Overpayment & Enforcement of Judgment | ❑ 330 Federal Employers' Liability | Product Liability | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 340 Marine | ❑ 368 Asbestos Personal Injury Product | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted Student Loans | ❑ 345 Marine Product Liability | Liability | | ❑ 835 Patent - Abbreviated New Drug Application | ❑ 460 Deportation |
| (Excludes Veterans) | ❑ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ❑ 840 Trademark | ❑ 470 Racketeer Influenced and Corrupt Organizations |
| ❑ 153 Recovery of Overpayment of Veteran's Benefits | ❑ 355 Motor Vehicle Product Liability | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| ❑ 160 Stockholders' Suits | ❑ 360 Other Personal Injury | ❑ 371 Truth in Lending | ❑ 720 Labor/Management Relations | ❑ 861 HIA (1395ff) | ❑ 490 Cable/Sat TV |
| ❑ 190 Other Contract | ❑ 362 Personal Injury - Medical Malpractice | ❑ 380 Other Personal Property Damage | ❑ 740 Railway Labor Act | ❑ 862 Black Lung (923) | ❑ 850 Securities/Commodities/ Exchange |
| ❑ 195 Contract Product Liability | | ❑ 385 Property Damage Product Liability | ❑ 751 Family and Medical | ❑ 863 DIWC/DIWW (405(g)) | ❑ 890 Other Statutory Actions |
| ❑ 196 Franchise | | | Leave Act | ❑ 864 SSID Title XVI | ❑ 891 Agricultural Acts |
| | | | ❑ 790 Other Labor Litigation | ❑ 865 RSI (405(g)) | ❑ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❑ 895 Freedom of Information Act |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | | ❑ 870 Taxes (U.S. Plaintiff or Defendant) | ❑ 896 Arbitration |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | | ❑ 871 IRS—Third Party 26 USC 7609 | ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❑ 230 Rent Lease & Ejectment | ❑ 442 Employment | ❑ 510 Motions to Vacate Sentence | | | |
| ❑ 240 Torts to Land | ❑ 443 Housing/ Accommodations | ❑ 530 General | | | ❑ 950 Constitutionality of State Statutes |
| ❑ 245 Tort Product Liability | ❑ 445 Amer. w/Disabilities - Employment | ❑ 535 Death Penalty | **IMMIGRATION** | | |
| ❑ 290 All Other Real Property | ❑ 446 Amer. w/Disabilities - Other | **Other:** | ❑ 462 Naturalization Application | | |
| | ❑ 448 Education | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration Actions | | |
| | | ❑ 550 Civil Rights | | | |
| | | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

❑ 1  Original
Proceeding

❑ 2  Removed from
State Court

❑ 3  Remanded from
Appellate Court

❑ 4  Reinstated or
Reopened

❑ 5  Transferred from
Another District
*(specify)*

❑ 6  Multidistrict
Litigation -
Transfer

❑ 8  Multidistrict
Litigation -
Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

❑  CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ❑ Yes    ❑No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #                AMOUNT                APPLYING IFP                JUDGE                MAG. JUDGE

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**     **County of Residence.**  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**     **Attorneys.**  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.
United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**     **Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.**     **Nature of Suit.**  Place an "X" in the appropriate box.  If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable.  Click here for: Nature of Suit Code Descriptions.

**V.**     **Origin.**  Place an "X" in one of the seven boxes.
Original Proceedings.  (1) Cases which originate in the United States district courts.
Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.
Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.
Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.
Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File.  (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.**  Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**     **Cause of Action.**  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

**VII.**     **Requested in Complaint.**  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand.  In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.**  This section of the JS 44 is used to reference related pending cases, if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.